UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PATRICK JOSEPH,

        Petitioner,               Case No. 1:20-cv-931

v.                                    Honorable Paul L. Maloney

UNKNOWN DUNBAR,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** because Petitioner is neither entitled to bring a § 2241 challenge to his sentence under the savings clause of § 2255(e) nor entitled to relief on the merits of his claims.

Dated:  November 30, 2020                /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge